# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Elizabeth Peterson

                Plaintiff,

v.                               Case No.: 1:25−cv−00947

                                         Honorable John Robert Blakey

The Church of the Latter− Day Saints, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

      MINUTE entry before the Honorable John Robert Blakey: This Court previously ordered the parties (or Plaintiff individually if Defendants were not at issue) to file a status report by 3/31/25. Plaintiff failed to comply. The Court hereby extends the deadline for the initial status report to 4/16/25. If Plaintiff fails to comply, the Court will dismiss this case for failure to comply with a court order and for failure to prosecute. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.