UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH PETERSON,<br><br>Plaintiff<br><br>v.<br><br>THE CHURCH OF THE LATTER- DAY SAINTS; RICHARD MCCLUNG AND DOES 3-100,<br><br>Defendants. | Case No. 1:25 CV 00947 |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Elizabeth Peterson, by and through her undersigned counsel, respectfully submits this status report pursuant to the Court's April 11, 2025, Order, ECF 8.

1. Defendant The Church of The Latter-Day Saints waived service of summons and received a copy of the complaint on April 21, 2025. ECF 14.

2. Defendant Richard McClung was served by personal service on April 18, 2025. ECF 15.

3. Defendants DOES 3-100 were served through authorized representative on April 16, 2025. ECF 9. As the Summons requires an answer to the Complaint within 60 days after waiver of service, Plaintiff expects a response from Defendants on or before June 20, 2025.

Date: April 29, 2025

Respectfully Submitted,

s/Antonio M. Romanucci
*Counsel for Plaintiff*

Antonio M. Romanucci
**ROMANUCCI & BLANDIN**
321 N. Clark St., Suite 900
Chicago, IL 60654
M: (312) 458-1000
aromanucci@rblaw.net

1