**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Elizabeth Peterson
                                       Plaintiff,
v.                                     Case No.: 1:25−cv−00947
                                       Honorable John Robert Blakey
The Church of the Latter− Day Saints, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2025:

    MINUTE entry before the Honorable John Robert Blakey: All served Defendants shall respond to the complaint by 6/20/25, and the parties shall file a joint status report by 6/27/25 using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.