**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Elizabeth Peterson
                                        Plaintiff,

v.                                      Case No.: 1:25−cv−00947
                                        Honorable John Robert Blakey

The Church of the Latter− Day Saints, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, June 30, 2025:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' 6/27/25 status report [34], [35], the Court sets case management dates as follows: the parties shall exchange Rule 26(a)(1) disclosures by 7/18/25, issue written discovery by 8/8/25, amend their pleadings (to add claims, parties, etc.) by 12/31/25, and complete all fact discovery by 6/15/26. The parties shall file an updated status report by 2/27/26, confirming that they are on track to meet the fact discovery deadline and indicating definitively whether any party will require expert discovery or seek summary judgment. The Court appreciates that the parties do not want a settlement conference right now, but nonetheless encourages them to exhaust all possibility of settlement before spending time and money on dispositive motions or trial. To this end, Plaintiff shall make a formal, written demand by 2/16/26, Defendants shall respond (in writing) by 2/23/26, and the parties shall confirm compliance in their 2/27/26 status report. If at any time the parties agree that a settlement conference could be productive, they should call chambers to so advise. Finally, Defendants indicate in the status report that they believe the Doe Defendants should be dismissed based upon Plaintiff's failure to identify or serve them more than six months after filing the initial complaint, see [35] at 2. The Court is inclined to agree, particularly in light of Plaintiff's decision not to oppose Defendants' motion to quash service of process as to the Doe Defendants, see [26], [27]. If Plaintiff opposes such dismissal, she shall file a response by 7/15/25. If she declines to respond, the Court will dismiss the Doe Defendants under Rule 4(m). Mailed notice. (evw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.