# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Elizabeth Peterson

                                                      Plaintiff,

v.                                                                     Case No.: 1:25−cv−00947

                                                                    Honorable John Robert Blakey

The Church of the Latter− Day Saints, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

      MINUTE entry before the Honorable John Robert Blakey: On 6/30/25, this Court ordered Plaintiff, if she opposed Defendants' motion to dismiss the unnamed "Doe" Defendants, to file any opposition by 7/15/25, see [36]. Plaintiff elected not to oppose the request. Accordingly, without objection, the Court dismisses this case as to all Doe Defendants. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.