AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ Illinois _____

Elizabeth Peterson
                Plaintiff (s),

V.

The Church of the Latter-Day Saints, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-00947

Notice is hereby given that, subject to approval by the court, __Elizabeth Peterson__ substitutes
(Party (s) Name)

__Edward A. Wallace__, State Bar No. __6230475 IL__ as counsel of record in
(Name of New Attorney)

place of __Antonio Maurizio Romanucci__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Wallace Miller
    Address:     200 W Madison St #3400, Chicago, IL 60606
    Telephone:     (312) 261-6193     Facsimile _____
    E-Mail (Optional):     eaw@wallacemiller.com

I consent to the above substitution.
Date: 8/14/2025 | 3:54 PM PDT
(Signature of Party (s))

I consent to being substituted.
Date: 8/13/2025
*Antonio Romanucci*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/14/2025
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]